[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-11825

Non-Argument Calendar

_____

JEFFERY-ALLEN HILL-YISRA'EL,

Plaintiff-Appellant,

*versus*

STATE OF GEORGIA,
The,
GEORGIA DEPARTMENT OF DRIVER SERVICES,
STATE OF GEORGIA LICENSE #060588618,
STATE OFGEORGIA REGISTRATION #EMW 788,
GRAY POLICE DEPARTMENT,
The, et al.,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Georgia
D.C. Docket No. 5:24-cv-00040-MTT

_____

Before ROSENBAUM, BRANCH, and LUCK, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. The 30-day statutory time limit required Jeffrey-Allen Hill-Yisra'EL to file a notice of appeal from the district court's February 14, 2024 judgment on or before March 15, 2024. *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A). However, Hill-Yisra'EL did not file a notice of appeal until June 3, 2024.

Further, even if both of Hill-Yisra'EL's post-judgment motions were construed as proper tolling motions, his notice of appeal would nonetheless be untimely because it was filed more than 30 days after the district court's April 29, 2024 order disposing of those motions. *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A), (4)(A).

Lastly, the record contains no basis for relief under Federal Rules of Appellate Procedure 4(a)(5) or 4(a)(6). *See* Fed. R. App. P. 4(a)(5) (providing that a party may move to extend the time for filing a notice of appeal within 30 days of entry of final judgment); *id.* R. 4(a)(6)(A) (providing that the court may reopen the time to file an appeal for a period of 14 days where a party does not receive notice of the entry of the judgment). Accordingly, the notice of

appeal is untimely and cannot invoke our appellate jurisdiction. *See Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.